# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 12-5287**

**September Term, 2013**

FILED ON: DECEMBER 13, 2013

DIANNE D. SLEDGE, CO-PERSONAL REPRESENTATIVE OF THE ESTATE OF RICO WOODLAND, ET AL.,

            APPELLANTS

v.

FEDERAL BUREAU OF PRISONS,

            APPELLEE

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:06-cv-00742)

———

Before: KAVANAUGH, *Circuit Judge*, and SENTELLE and RANDOLPH, *Senior Circuit Judges*

# UNDER SEAL OPINION
# NOT AVAILABLE TO PUBLIC